**STATE of Missouri, Respondent,**

v.

**Lloyd STONER, Appellant.**

**No. WD 61563.**

Missouri Court of Appeals,
Western District.

Sept. 16, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 2003.

Kent Denzel, Asst. State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Attorney General, Jefferson City, for respondent.

Before JAMES M. SMART, Jr., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Lloyd Stoner appeals his convictions of first degree murder and armed criminal action. Finding no basis for reversal, we affirm by summary order pursuant to Rule 30.25(b). The judgment is affirmed. A memorandum of the reasons for the decision is furnished to the parties.